# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:15-cv-00098-MR-DLH

| | |
|---|---|
| ESTEFANY LUISA LARA ROJAS, ANGELICA ROJAS and ZAYRA ESMERALDA LARA ROJAS, a minor, by and through her Guardian Ad Litem, RITO LARA MORALES, ) ) ) ) ) ) ) **Plaintiffs,** ) ) vs. ) ) ) BILLY JOE SEIBER and WAL-MART ) STORES, INC., ) ) **Defendants.** ) _____ ) | **ORDER OF REMAND** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Remand. [Doc. 6].

For the reasons stated in the Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Remand [Doc. 6] is **GRANTED**, and this action is hereby **REMANDED** to the General Court of Justice, Superior Court Division, for Henderson County, North Carolina.

The Clerk of Court is respectfully directed to provide a certified copy of this Order to the Henderson County Superior Court Clerk.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge